■ In the Matter of MICHAEL J. NASSER, as Commissioner of Department of Social Services, on Behalf of ANGELA ABRAHAM,

Appellant, v WILLIAM ABRAHAM, Respondent. (Appeal No. 2) — Order unanimously reversed, without costs and petition reinstated. Same memorandum as in *Matter of Nasser v Abraham* (Appeal No. 1) (105 AD2d 1096). (Appeal from order of Oneida County Family Court, Pomilio, J. — dismiss petition.) Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and O'Donnell, JJ.